# UNITED STATES BANKRUPTCY COURT
# COLORADO JURISDICTION

IN RE

IRIS CATO                                        CASE NO. 13-31013 EEB

## Declaratory Relief, Sanctions for Violation of Automatic Stay and Injunction during pendency of this Motion

Debtor moves this Court for Declaratory Relief, Sanctions for Violation of Automatic Stay and Injunction during pendency of Motion.

**Preliminary Considerations:**

The Debtor, Iris Cato, request a declaratory ruling as to the status of co-debtor Scott's Tax Service, LLC in case NO. 13-31013 EEB.

On December 17, 2016, this court ruled:

*"The Debtor did not oppose dismissal of this case if the discharge she received in Case No. 13-31013 EEB remained valid. The Court has ruled that discharge remains effective."*

Case No. 13-**31013** EEB was filed on 12/27/2013 and was later consolidated with Case No. 14-23920. Scott's Tax Service was listed as a co-debtor in Case No 13-31013. Creditor Renee Muniz were listed as creditor.

Debtors was issued a Discharge of the consolidated cases on 4/21/14.

On 02/01/2018 the District Court Judge in Case No: 2015 CV33542 essentially stated:

*"Scott's Tax Service, LLC was not a debtor in either bankruptcy case and any stay in either of those cases was inapplicable to Plaintiffs' claim against Scott's Tax Service, LLC."*

The court also stated that:

<u>*" Iris Cato has been ordered to make no more filings in the Bankruptcy Court"*</u>

There is a dispute as to whether either of these statements are true.

Debtor desires a ruling that Scott's Tax Services, LLC, which was listed as a co-debtor also is protected under this order.

The creditors that are in violation of the Section 362 stay have filed an action in Denver, Colorado District Court Case <u>No. 2015 cv 33542</u>. The case was filed on October 5, 2015.

The creditors and their attorneys have been notified of the discharged of this debt numerous times, yet they continually ignore and violate the Stay that is in effect from the discharged of this debt on April 21, 2014.

Debtors also request an order issuing an injunction against the creditors, Renee Muniz, Shawn Jones, and their attorneys from pursuing any collections action during the pendency of this motion.

Debtors request sanctions against Renee Muniz, Shawn Jones and their attorneys for knowingly violating the automatic stay.

Dated: 02/02/2018                                    *Iris Cato*
                                                                    Iris Cato

Exhibit A

| | |
|---|---|
| DISTRICT COURT, DENVER COUNTY, COLORADO<br>Court Address:<br>1437 Bannock Street, Rm 256, Denver, CO, 80202 | DATE FILED: February 1, 2018 |
| **Plaintiff(s)** RENEE MUNIZ et al.<br>v.<br>**Defendant(s)** SCOTTS TAX SERV LLC et al. | |
| | ⚠ COURT USE ONLY ⚠ |
| | Case Number: 2015CV33542<br>Division: 368   Courtroom: |
| **Order Denying Plaintiff's Motion to Strike the Complaint and Default Judgment, and Denying Request for Attorney Fees** | |

The Court has considered the Motion filed by Iris Cato on behalf of the Defendant, Scott's Tax Service, LLC on January 18, 2018 to Strike the Complaint and Default Judgment, and Plaintiff's Response, filed on January 24, 2018. No Reply has been filed.

The Court makes the following findings and enters the following Orders.

A default judgment entered on this case on June 6, 2016. Plaintiff's Motion is untimely under C.R.C.P. 60(b), as it was not filed within 182 days (as required for relief sought under subsections (b)(1) and (b)(2)), or within a reasonable time (as required by the other subsections of C.R.C.P. 60(b)), as the issues were not even so much as mentioned on the last court appearance on January 5, 2018 in connection with a C.R.C.P. 69 hearing.

Moreover, these precise issues were previously considered in May 2016 by Judge Lemon. In her written Order of May 3, 2016, Judge Lemon found: "The hearing was held on February 29, 2016, but Defendant did not bring evidence showing any bankruptcy proceedings that would bar Plaintiffs' claims. The Court ended the hearing by ordering the parties to file any additional evidence or argument on the issue by March 21, 2016. Defendant filed a Supplemental to Motion to Strike, with some attachments. The Supplement states that there is a bankruptcy stay still in effect in case no. 13-31013EEB, and another bankruptcy case remains pending, case no. 15-19606EEB, and that both bankruptcy proceedings affect this case. All three statements are false, as are the statements made in the Motion to Strike Complaint and many of the statements made by Iris Cato at the February 29, 2016 hearing. The 2013 case resulted in a discharge in favor of two individuals, but not of Defendant; the 2015 case has been closed; and the person filing things on behalf of Defendant in this case, Iris Cato, has been ordered to make no more filings in the Bankruptcy Court."

~~Scott's Tax Service, LLC was not a debtor in either bankruptcy case and any stay in either of those cases was inapplicable to~~ Plaintiffs' claim against Scott's Tax Service, LLC.

The Motion to Strike the Complaint and Default Judgment is **DENIED**.

Although this was a duplicative Motion which lacked any factual or legal merit, the Court will give Ms. Cato the benefit of the doubt this one time regarding the effect of the bankruptcies and stay. See § 13-17-102(6), C.R.S. 2017. However, further pleadings raising this already-resolved issues, and/or other non-meritorious or frivolous issues, may well result in the award of attorney fees against Ms. Cato personally.

Issue Date: 2/1/2018

EDWARD DAVID BRONFIN
District Court Judge

Page1 of1