```
                          United States Bankruptcy Court
                                District of Colorado
```

In re:                                                            Case No. 13-31013-EEB
Curtis Cato, Sr                                                   Chapter 13
Iris Cato
        Debtors                   **CERTIFICATE OF NOTICE**

District/off: 1082-1          User: swansonj          Page 1 of 1          Date Rcvd: Feb 09, 2018
                              Form ID: 169            Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 11, 2018.
db/db         +Curtis Cato, Sr,    Iris Cato,   947 S Monaco Parkway,    Denver, CO 80224-1620

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: cio.bncmail@irs.gov Feb 09 2018 23:12:13      IRS,   600 17th St.,   Stop 5027 DEN,
               Denver, CO  80202
                                                                                              TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 11, 2018                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 9, 2018 at the address(es) listed below:
              US Trustee, 7    USTPRegion19.DV.ECF@usdoj.gov
                                                                                              TOTAL: 1

(Official Form ntcnonjuris)(10/09)

# UNITED STATES BANKRUPTCY COURT
## District of Colorado

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Curtis Cato Sr
    Iris Cato

aka(s), if any will be listed on the following page.
Debtor(s)

| | |
|---|---|
| Case No.: | 13−31013−EEB |
| Chapter: | 13 |

## NOTICE OF NONJURISDICTION

NOTICE IS HEREBY GIVEN that Iris Cato tendered for filing a Motion For Sanctions For Violation of the Automatic Stay Under 11 USC 362k Against Renee Muniz & Shawn Jones on 2/7/2018. The Court has accepted and filed the document in the Court file pursuant to Rule 5005, Fed.R.Bankr.P. Please be advised that the within case was closed by the Court on 06/23/2015, and therefore, the Court does not have jurisdiction to consider the relief requested.

Dated: 2/9/18

Kenneth S. Gardner, Clerk
By: s/ Jerrod Swanson
Deputy Clerk
United States Bankruptcy Court
U.S. Custom House
721 Nineteenth Street
Denver, CO 80202−2508

## Aliases Page

**Debtor aka(s):**
No Aliases for Debtor

**Joint Debtor aka(s):**
aka Iris W Williams