United States Bankruptcy Court
District of Colorado

IN RE:                                                    Case No. **16-14485 EEB**

**CATO, IRIS WINNIFRED** _____   Chapter **13**
                                   Debtor(s)

## CERTIFICATE OF MAILING

The undersigned hereby certifies that a true copy of the following document(s):
**Declaratory Relief, Sanctions for Violation of Automatic Stary and Injunction during pendency of Motion**



FILED
CLERK OF COURT

FEB - 9 2018

U.S. BANKRUPTCY COURT
DISTRICT OF COLORADO

was(were) mailed to all persons in interest at the addresses set forth in the exhibit which is attached hereto, electronically or by first class mail, postage prepaid, on this __**9th**__ day of ____**February**____, __**2018**__ .

/s/ Iris Cato _____

**Iris Cato**
**Scott's Tax Service**
**947 S Monaco Parkway**
**Denver, CO  80224**
**(303) 399-8180  Fax: (800) 632-0946**
**iriscto@yahoo.com**

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

CATO, IRIS WINNIFRED
947 S Monaco Pkwy
Denver, CO  80224

BACHUS & SCHANKER, LLC
1899 wYNKOOP sTREET, STE 700
DENVER, CO  80202

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only