# UNITED STATES BANKRUPTCY COURT

# COLORADO JURISDICTION

IN RE

**IRIS CATO**                              CASE NO.  13-31013 EEB

## Motion to Reopen Case and for Declaratory Relief, Sanctions for Violation of Automatic Stay and Injunction during pendency of this Motion

FILED
CLERK OF COURT

FEB 2 2 2018

U.S. BANKRUPTCY COURT
DISTRICT OF COLORADO

Debtor moves this Court to Reopen Case and for Declaratory Relief, Sanctions for Violation of Automatic Stay and Injunction during pendency of Motion.

**Preliminary Considerations:**

The Debtor, Iris Cato, request a declaratory ruling as to the status of co-debtor Scott's Tax Service, LLC in case NO. 13-31013 EEB.

On December 17, 2016, this court ruled:

*"The Debtor did not oppose dismissal of this case if the discharge she received in Case No. 13-31013 EEB remained valid. The Court has ruled that discharge remains effective."*

Case No. 13-**31013** EEB was filed on 12/27/2013 and was later consolidated with Case No. 14-23920.  Scott's Tax Service was listed as a co-debtor in Case No 13-31013.  Creditor Renee Muniz were listed as creditor.

Debtors was issued a Discharge of the consolidated cases on 4/21/14.

On 02/01/2018 the District Court Judge in Case No: 2015 CV33542 essentially stated:

_____ _"Scott's Tax Service, LLC was not a debtor in either bankruptcy case and any stay in either of those cases was inapplicable to Plaintiffs' claim against Scott's Tax Service, LLC."_

The court also stated that:

_" Iris Cato has been ordered to make no more filings in the Bankruptcy Court"_

There is a dispute as to whether either of these statements are true.

Debtor desires a ruling that Scott's Tax Services, LLC, which was listed as a co-debtor also is protected under this order.

The creditors that are in violation of the Section 362 stay have filed an action in Denver, Colorado District Court Case No. 2015 cv 33542.  The case was filed on October 5, 2015.

The creditors and their attorneys have been notified of the discharged of this debt numerous times, yet they continually ignore and violate the Stay that is in effect from the discharged of this debt on April 21, 2014.

Debtors also request an order issuing an injunction against the creditors, Renee Muniz, Shawn Jones, and their attorneys from pursuing any collections action during the pendency of this motion.  There is presently a pending motion for an Order to Show Cause against debtors, to be heard on March 1, 2018 in Case No 2015 CV 33542.  The debtor Iris Cato is subject to be found in contempt of court which has landed Ms. Cato in jail in this case.  The urgency of this case presents imminent danger of Iris Cato being sent to jail for contempt of court, if an injunction of that case is not ordered until these Motions for Reopen and Declaratory Relief is settled by this Court.

Debtors request sanctions against Renee Muniz, Shawn Jones and their attorneys for knowingly violating the automatic stay.

Dated: 02/22/2018

Iris Cato